THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN MANUFACTURING COMPANY, Appellant, v. LEON GIFFORD and Others, Assessors of the Town of Saratoga, Saratoga County, New York, Respondents.*— Order and judgment modified by reducing the assessed valuation from $535,000 to $377,950, and as so modified the order and judgment are affirmed, with costs to the appellant. The court reverses finding of fact numbered 16, and finds that the value of said property is the sum of $377,950. The court disapproves of conclusion of law numbered 1, and finds that the relator's real estate in said town should have been assessed on said assessment roll of 1928 at the sum of $377,950. Van Kirk, P. J., Hinman and Hasbrouck, JJ., concur, Whitmyer and Hill, JJ., dissent and vote for affirmance.

---

* Affd., 256 N. Y. —.

Town of Saratoga, Saratoga County, New York, Respondents.— Order and judgment are modified by reducing the assessed valuation from $533,500 to $376,450, and as so modified the order and judgment are affirmed, with costs to the appellant. The court reverses finding of fact numbered 20, and finds that the value of all relator's said real estate on the 1st day of July, 1929, was the sum of $376,450. The court disapproves of the conclusion of law, and finds that relator's real estate in said town should have been assessed on said assessment roll for 1929 at the sum of $376,450. Van Kirk, P. J., Hinman and Hasbrouck, JJ., concur; Whitmyer and Hill, JJ., dissent and vote for affirmance.